| United States Bankruptcy Court<br>Northern District of Illinois<br>Western Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hill, Aaron,  B.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Atwood Hill, Monyca,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**f/d/b/a MKBLK, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Monyca Atwood**<br>**Monyca Atwood Schoeffler** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**8910, 37-1540565** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**8910** |
| Street Address of Debtor (No. & Street, City, and State):<br>**414 Old Country Way**<br>**Wauconda, IL**     ZIP CODE **60084-1788** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**414 Old Country Way**<br>**Wauconda, IL**     ZIP CODE **60084-1788** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Aaron B. Hill, Monyca Atwood Hill** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X   **s/ Henry Repay**      **10/19/2010** |
| |      Signature of Attorney for Debtor(s)    Date |
| | **Henry Repay**      **06199079** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐   Yes, and Exhibit C is attached and made a part of this petition. |
| ☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
|       _____ |
|       (Name of landlord that obtained judgment) |
|       _____ |
|       (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Aaron B. Hill, Monyca Atwood Hill |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Aaron B. Hill**

Signature of Debtor    **Aaron B. Hill**

X **s/ Monyca Atwood Hill**

Signature of Joint Debtor    **Monyca Atwood Hill**

Telephone Number (If not represented by attorney)

**10/19/2010**

Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **s/ Henry Repay**

Signature of Attorney for Debtor(s)

**Henry Repay  Bar No.  06199079**

Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of Henry Repay**

Firm Name

**930 W. Locust Street Belvidere, IL 61008-4226**

Address

**(815) 547-3369**      **(815) 544-5429**

Telephone Number

**10/19/2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Western Division

In re   **Aaron B. Hill   Monyca Atwood Hill**                                    Case No. _____
                                   Debtor(s)                                                                              *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Aaron B. Hill**
                       **Aaron B. Hill**

Date:   **10/19/2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Western Division

In re    **Aaron B. Hill**    **Monyca Atwood Hill**           Case No. _____

                   Debtor(s)                                               *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❏ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **s/ Monyca Atwood Hill**
_____
**Monyca Atwood Hill**

Date:  **10/19/2010**
_____

**B6A (Official Form 6A) (12/07)**

In re:  **Aaron B. Hill    Monyca Atwood Hill** ,                                    Case No. _____
                          **Debtors**                                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➤ | **0.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Aaron B. Hill   Monyca Atwood Hill**                                        ,        Case No. _____
                                    **Debtors**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | **5.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Acct. #8044 Bank of America 3210 W. IL Rte. 60 Mundelein, IL 60060** | J | **16.28** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods & Furnishings** | J | **1,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **CD's, Pictures, Books** | J | **100.00** |
| 6. Wearing apparel. | | **Wearing Apparel** | J | **50.00** |
| 7. Furs and jewelry. | | **Jewelry** | J | **100.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **Child Support from Tony Schoeffler ($313.79 per month)($100 arrearage per state, not receiving consistently)** | W | **20,000.00** |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill**_____,    Case No. _____
                                      **Debtors**                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Elsey vs. Pierce & Associates Class Action Claimant Rights** | J | 100.00 |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford Expedition (126,000 miles)(titled in mother's name)** | J | 7,175.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 dog** | J | 0.00 |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_1_   continuation sheets attached            Total   ▸   | **$ 28,546.28** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Aaron B. Hill   Monyca Atwood Hill**_____,   Case No. _____
                                    Debtors                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Cash** | **735 ILCS 5/12-1001(b)** | 5.00 | 5.00 |
| **CD's, Pictures, Books** | **735 ILCS 5/12-1001(b)** | 100.00 | 100.00 |
| **Child Support from Tony Schoeffler ($313.79 per month)($100 arrearage per state, not receiving consistently)** | **735 ILCS 5/12-1001(g)(4)** | 20,000.00 | 20,000.00 |
| **Elsey vs. Pierce & Associates Class Action Claimant Rights** | **735 ILCS 5/12-1001(b)** | 100.00 | 100.00 |
| **Household Goods & Furnishings** | **735 ILCS 5/12-1001(b)** | 1,000.00 | 1,000.00 |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | 100.00 | 100.00 |
| **Savings Acct. #8044 Bank of America 3210 W. IL Rte. 60 Mundelein, IL 60060** | **735 ILCS 5/12-1001(b)** | 16.28 | 16.28 |
| **Wearing Apparel** | **735 ILCS 5/12-1001(a),(e)** | 50.00 | 50.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  **Aaron B. Hill    Monyca Atwood Hill**_____,    Case No. _____

_____**Debtors**_____    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| **NONE** | | | **VALUE** | | | | | |

0 continuation sheets attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ | 0.00 | $ | 0.00 |
|---|---|---|---|
| $ | 0.00 | $ | 0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Aaron B. Hill    Monyca Atwood Hill**                                          Case No. _____
                                                                                                        (If known)
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re  **Aaron B. Hill  Monyca Atwood Hill**                              Case No. _____

_____                                                    (If known)

                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **XXX-XX-8910**<br><br>**Illinois Department of Revenue Bankruptcy Department Level 7-425 100 W. Randolph Street Chicago, IL 60106**<br><br>**GC Services Limited Partnership PO Box 79 Elgin, IL 60121** | | J | **2007 Income Taxes** | | X | | 1,586.65 | 1,586.65 | $0.00 |
| ACCOUNT NO.  **XXX-XX-8910**<br><br>**Illinois Department of Revenue Bankruptcy Department Level 7-425 100 W. Randolph Street Chicago, IL 60106** | | | **2008 and 2009 Income Taxes** | | X | | 2,242.97 | 2,242.97 | $0.00 |
| ACCOUNT NO.  **XXX-XX-8910**<br><br>**Internal Revenue Service Central Insolvency Operations P O Box 21126 Philadelphia, PA 19114** | | J | **2006 Federal Income Taxes** | | X | | 1,895.46 | 1,895.46 | $0.00 |
| ACCOUNT NO.  **XXX-XX-8910**<br><br>**Internal Revenue Service Central Insolvency Operations P O Box 21126 Philadelphia, PA 19114** | | J | **2005 Federal Income Taxes** | | X | | 1,564.62 | 1,564.62 | $0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▸
(Totals of this page)    $ **7,289.70**  $ **7,289.70**  $ **0.00**

Total ▸
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)    $ **7,289.70**

Total ▸
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )    $ **7,289.70**  $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **Aaron B. Hill   Monyca Atwood Hill**                                    Case No. _____

_____
**Debtors**                                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4290201174046008** <br><br> **AAA Chicago Motor Club** <br> **975 Meridian Lake Drive** <br> **Aurora, IL 60504** | | J | **Miscellaneous Purchases** | | X | | 124.00 |
| ACCOUNT NO.   **HOM006488835** <br><br> **AAA Insurance** <br> **MemberSelect Insurance Company** <br> **1 Auto Club Drive** <br> **Dearborn, MI 48126** | | J | **Homeowners' Insurance** | | X | | 1,266.00 |
| ACCOUNT NO.   **See Next Column** <br><br> **ACL Laboratories** <br> **PO Box 27901** <br> **West Allis, WI 53227-0901** | | J | **Medical Services** <br> **LOS10166-0,** <br> **LOS10630-0** | | X | | 127.80 |
| ACCOUNT NO.   **593888, 5938889101** <br><br> **ACS/Student Capital Corp** <br> **501 Bleecker Street** <br> **Utica, NY 13501** <br><br><br> **College Loan Corp** <br> **c/o ACS** <br> **501 Bleecker Street** <br> **Utica, NY 13501** | | H | **Student Loan** | | X | | 8,937.00 |

28   Continuation sheets attached

Subtotal ➤  $              **10,454.80**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron B. Hill   Monyca Atwood Hill** _____   Case No. _____

Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | H | | | X | | 189.98 |
| **ADT Security Services** PO Box 650485 Dallas, TX 75265-0485 | | | **Security Services 5723023, 1683245** | | | | |
| **Apelles** PO Box 1197 Westerville, OH 43086-1197 | | | | | | | |

Sheet no.  1 of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                189.98

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill**
_____
Debtors

Case No. _____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | J | | | X | | 13,893.16 |
| **Advocate Condell Medical Center**<br>**97169 Eagle Way**<br>**Chicago, IL 60678-9710**<br><br>**Advocate Condell Medical Center**<br>**810 E. Park, Ste. 132**<br>**Libertyville, IL 60048**<br><br>**Computer Credit Inc.**<br>**640 W. Fourth Street**<br>**PO Box 5238**<br>**Winston-Salem, NC 27113-5238**<br><br>**Condell Medical Center**<br>**755 S. Milwaukee Ave., Ste. 127**<br>**Libertyville, IL 60048**<br><br>**Specialty Risk Services**<br>**PO Box 61512**<br>**King of Prussia, PA 19406-0912**<br><br>**MedAssist a Firstsource Company**<br>**8755 W. Higgins, Ste. 800**<br>**Chicago, IL 60631**<br><br>**Harris & Harris Ltd.**<br>**222 Merchandise Mart Plaza, Ste. 1900**<br>**Chicago, IL 60654** | | | **Medical Services**<br>**4043738-000,**<br>**4044562-000,**<br>**2526482-000,**<br>**4090357-000,**<br>**4090355-000,**<br>**4090996-000,**<br>**2537860-000,**<br>**2503871-000,**<br>**2529535-000,**<br>**2520811-000,**<br>**2499292-001,**<br>**2494571-000,**<br>**2495921-000,**<br>**2495621-000,**<br>**16232386,**<br>**16232352,**<br>**4192398-000,**<br>**4043738-1,**<br>**4044562-1,**<br>**2486801-000,**<br>**420 030232,**<br>**4216995-001,**<br>**4218047-001,**<br>**4193206-000,**<br>**4234782-000,**<br>**4234781-000,**<br>**6000631-000,**<br>**4278339-000** | | | | |

Sheet no.  2  of  28  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➢ $   **13,893.16**

Total   ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                                    Case No. _____
                                          **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** <br><br> **Advocate Lutheran General Hospital** <br> **1775 Dempster Street** <br> **Park Ridge, IL 60068** <br><br><br> **ICS Collection Service** <br> **PO Box 1010** <br> **Tinley Park, IL 60477-9110** | | J | **Medical Services** <br> **330216037,** <br> **3128622,** <br> **11845583** | | X | | 194.57 |
| ACCOUNT NO.   **A0935101185** <br><br> **Alta Bates Summit Medical Center** <br> **Patient Financial Services** <br> **3012 Summit Street, 4th Floor** <br> **Oakland, CA 94609** | | J | **Medical Services** | | X | | 112.03 |
| ACCOUNT NO.   **See Next Column** <br><br> **American General Finance** <br> **600 N. Royal Avenue** <br> **PO Box 3251** <br> **Evansville, IN 47731-3251** <br><br><br> **Zenith Acquisition Corp.** <br> **170 Northpointe Parkway, Ste. 300** <br> **Amherst, NY 14228** <br><br> **Sonco Pols and Spas** <br> **1928 E. Riverside Blvd.** <br> **Loves Park, IL 61111** | | J | **Hot Tub, Pool** <br> **0020-070-0629-26373457,** <br> **8052446026373457** | | X | | 7,559.50 |
| ACCOUNT NO.   **See Next Column** <br><br> **American Medical Collection Agency** <br> **2269 S. Saw Mill River Road, Bldg. 3** <br> **Elmsford, NY 10523** | | J | **Medical Collection** <br> **WDA6073802856,** <br> **07572997031** | | X | | 12.18 |

Sheet no.  3 of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    7,878.28

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill**                              Case No. _____

                                                        Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **See Next Column** | | J | **Utilities** **847 970-5485 098 5,** **287740465,** **28065774,** **10899673,** **287740465,** **232011935005,** | | X | | 888.15 |
| **AT&T** **PO Box 8100** **Aurora, IL 60507-8100** **AT&T Mobility** **PO Box 6428** **Carol Stream, IL 60197-6428** **Southwest Credit** **5910 W. Plano Pkwy, Ste. 100** **Plano, TX 75093-4638** **Collection Company of America** **700 Longwater Drive** **Norwell, MA 02061** **Bureau of Collection Recovery** **PO Box 9001** **Minnetonka, MN 55345-9001** | | | | | | | |
| ACCOUNT NO.  **4744 8100 0495 6913** | | W | **Miscellaneous Purchases** | | X | | 0.00 |
| **Bank of America** **PO Box 15027** **Wilmington, DE 19850-5027** | | | | | | | |
| ACCOUNT NO.  **117946** | | J | **Medical Services** | | X | | 14.23 |
| **Berkeley Emergency Medical Group** **PO Box 1069** **Lafayette, CA 94549** | | | | | | | |

Sheet no.  4  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        902.38

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill** _____   Case No. _____
                              **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **322659996** <br><br> **BP Oil/Citibank SD NA** <br> **PO Box 6003** <br> **Hagerstown, MD 21747-6003** | | H | **Gasoline Purchases** | | X | | 448.00 |
| ACCOUNT NO.   **6019 1803 3309 5806** <br><br> **Care Credit** <br> **GE Money Bank** <br> **PO Box 981438** <br> **El Paso, TX 79998-1438** <br><br> **National Enterprise Systems** <br> **29125 Solon Road** <br> **Solon, OH 44139-3442** | | | **Medical Services** | | X | | 3,686.25 |
| ACCOUNT NO.   **071203, 900602** <br><br> **Center for Children's Digestive Health** <br> **PO Box 88473 Dept A** <br> **Chicago, IL 60680-1473** <br><br> **ACC International** <br> **919 Estes Court** <br> **Schaumburg IL 60193-4427** | | J | **Medical Services** | | X | | 275.00 |
| ACCOUNT NO.   **See Next Column** <br><br> **Central DuPage Hospital** <br> **25 N. Winfield Road** <br> **Winfield, IL 60190-1295** <br><br> **H&R Accounts, Inc.** <br> **7017 John Deere Parkway** <br> **PO Box 672** <br> **Moline, IL 61266-0672** | | J | **Medical Services** <br> **5907217001,** <br> **4010069** | | X | | 40.65 |

Sheet no.  5  of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **4,449.90**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                          Case No. _____
                                                            _____
                                    **Debtors**                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | H | 10/01/2005 | | X | | 11,961.73 |
| **Chase Auto Finance National Recovery Group PO Box 29505 Phoenix, AZ 85038-9505** | | | **Repossessed 2001 Acura MDX (122,000 miles) 400452528520133028, 5023759279843XXXX, 528520133028** | | | | |
| **Leading Edge Recovery Solutions 5540 N. Cumberland Ave., Ste. 300 Chicago, IL 60656-1490** | | | | | | | |
| **Wells Fargo Financial PO Box 5943 Sioux Falls, SD 57117-5943** | | | | | | | |
| **Chase Auto Finance 14800 Frye Road Ft. Worth, TX 76155** | | | | | | | |
| **Chase Auto Finance PO Box 901008 Fort Worth, TX 76101-2008** | | | | | | | |
| **American Coradius International LLC 2420 Sweet Home Rd., Ste. 150 Amherst, NY 14228-2244** | | | | | | | |
| **Imperial Credit Systems, Inc. 125 N. Parkside Dr., Ste. 302 Colorado Springs, CO 80909** | | | | | | | |

Sheet no.  6 of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                11,961.73

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill** _____    Case No. _____

Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | J | | | X | | 803.73 |
| **Comcast** 2508 W. Route 120 McHenry, IL 60051-4712 **Credit Protection Association, LP** 13355 Noel Road Dallas, TX 75240 **Comcast Cable** PO Box 3002 Southeastern, PA 19398-3002 | | | **Utilities** 8798 10 027 0663369, 01-010000-8798100270663369-00, 01521326252 | | | | |
| ACCOUNT NO.   **1787177049** | | H | | | X | | 838.72 |
| **ComEd** **Bill Payment Center** **Chicago, IL 60668-0001** **Van Ru Credit Corporation** 8550 Ulmerton Road, Ste. 225 Largo, FL 33771-5351 | | | **Utilities** | | | | |
| ACCOUNT NO.   **168*116903** | | J | | | X | | 87.00 |
| **Condell Pathology Group Ltd.** 5393 Paysphere Circle Chicago, IL 60674-0053 | | | **Medical Services** | | | | |
| ACCOUNT NO.   **XXX XX 8910-1** | | W | | | X | | 2,920.83 |
| **Direct Loans** PO Box 5609 Greenville, TX 75403-5609 | | | **Student Loan** | | | | |

Sheet no. _7_ of _28_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $ **4,650.28**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron B. Hill   Monyca Atwood Hill** _____     Case No. _____
                                    **Debtors**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | J | Utilities 44226833, 0253165495, 34807492 | | X | | 95.72 |
| **DIRECTV** PO Box 6550 Greenwood Village, CO 80155-6550 | | | | | | | |
| **Allied Interstate** PO Box 361477 Columbus, OH 43236 | | | | | | | |
| **Oxford Collection Service** 135 Maxess Road, Ste. 2A Melville, MY 11742 | | | | | | | |
| **DirectTV** PO Box 78626 Phoenix, AZ 85062-8626 | | | | | | | |
| ACCOUNT NO.   **58664837, 1018191938** | | J | Cable | | X | | 102.00 |
| **Dish Network** 2650 S. Falkenburg Road Riverview, FL 33578 | | | | | | | |
| **The CBE Group Inc.** 131 Tower Park Drive PO Box 900 Waterloo, IA 50704 | | | | | | | |
| **AFNI Inc.** PO Box 3097 Bloomington, IL 61702 | | | | | | | |

Sheet no.  8  of 28 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $            197.72

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**_____      Case No. _____
                                                Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **M467106** <br><br> **Dr. Wajahat Mirza** <br> **1170 E. Belvidere Road, Ste. 212** <br> **Grayslake, IL 60030** | | J | **Medical Services** | | X | | 27.00 |
| ACCOUNT NO.   **0212647603003** <br><br> **First American National Bank** <br> **1251 First American Drive** <br> **P.O. Box 397** <br> **Luka, MS 38852** <br><br> **Jefferson Capital System** <br> **16 McLeland Road** <br> **St. Cloud, MN 56303** | | H | **Miscellaneous Purchases** | | X | | 4,058.00 |
| ACCOUNT NO.   **1353706, 148984** <br><br> **Food Lion Credit Association** <br> **2122 Statesville Blvd. #B** <br> **Salisbury, NC 28147-1410** <br><br> **C.U. Recovery, Inc.** <br> **26263 Forest Blvd.** <br> **Wyoming, MN 55092** <br><br> **Lion's Share Credit Union** <br> **850 Harrison Road** <br> **Salisbury, NC 28145-0278** | | H | **Repossessed Ford Explorer** | | X | | 4,068.18 |

Sheet no. _9_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $                    8,153.18

Total  ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill** _____  Case No. _____

                                    **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **497712**<br><br>**Groot Industries, Inc.**<br>**PO Box 1325**<br>**Elk Grove Village, IL 60009-1325**<br><br><br>**Groot Industries, Inc.**<br>**2500 Landmeier Road**<br>**Elk Grove Village, IL 60007** | | H | **Utilities** | | X | | 220.50 |
| ACCOUNT NO.<br><br>**H3 Triple H Scum Suckers**<br>**Miller Companies of Byron**<br>**221 N. Walnut, PO Box 452**<br>**Byron, IL 61010-1476** | | J | **Services** | | X | | 69.50 |
| ACCOUNT NO.   **See Next Column**<br><br>**Hartsough Dermatology**<br>**7402 E. Riverside Blvd.**<br>**Loves Park, IL 61111**<br><br><br>**Credit Management Services**<br>**1375 E. Woodfield Rd., Ste. 110**<br>**Schaumburg, IL 60173**<br><br>**Transworld Systems Inc.**<br>**Collection Agency**<br>**100 E. Kimberly Road, #302**<br>**Davenport, IA 52806**<br><br>**NAHD Service Corporation**<br>**7402 E. Riverside Blvd.**<br>**Loves Park, IL 61111** | | J | **Medical Services**<br>**00014368,**<br>**4221R0019812219** | | X | | 648.88 |

Sheet no.  10  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                     **938.88**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron B. Hill   Monyca Atwood Hill** _____   Case No. _____
                              **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | X | | 9,246.35 |
| **Holly Atwood** **236 Dalton Avenue** **Mundelein, IL 60060** | | | **Loan for** **2003 Ford Expedition** | | | | |
| ACCOUNT NO.   **See Next Column** | | | | | X | | 265.12 |
| **Houston Northwest Medical Center** **File # 849782** **Dallas, TX 75284-9782** **Central Financial Control** **PO Box 66051** **Anaheim, CA 92816** **Harvest Associates, Inc.** **1010 Spring-Cypress Rd., PO Box 138** **Spring, TX 77373-2503** **Houston Northwest Medical Center** **PO Box 66050** **Anaheim, CA 92816-6050** **Physician's Portion Emergency Dept. Care** **PO Box 2065** **Seattle, WA 98111-2065** | | | **Medical Services** **00847490001,** **00841905655,** **886286123,** **60245-52043,** **NWH317143** | | | | |
| ACCOUNT NO.   **12815** | | J | | | X | | 43.00 |
| **Hulsebus Chiropractic Clinic of Byron** **105 S. Lafayette** **Byron, IL 61010** | | | **Medical Services** | | | | |

Sheet no. __11__ of __28__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                    **9,554.47**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill**                                    Case No. _____
                                        **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | X | | 1.00 |
| **Illinois Department of Human Services 100 S. Grand Ave E Springfield, IL 62704** **Elgin Mental Health Center Attn: Janet Hicks 750 S. State Street Elgin, IL 60123** **Attorney General State of Illinois 500 S. Second Street Springfield, IL 62706** | | | **Medical Services** | | | | |

Sheet no. _12_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill** _____   Case No. _____
_____
**Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | J | **Medical Services** | X | | | 8,868.00 |
| **Infinity Healthcare Physicians, S.C.** **PO Box 1022** **Wixom, MI 48393-1022** | | | 56-5613848, 5551219-080811, 3546KG, 5490520-080707, 3120EF, 5516629-080722, 3329ED, 5520857-080725, 56-5893301, 5532730, 5645674, 5645671-081001, 5891707-090223, 49301233, 49880665, 51803615, 48222588, 48442523, 48444184, 48479240, 48649755, 52105692, 6571837, 9817020, 5891707-090223, 5613848-080914, 6510539, 6507403, 5893301-08225, GMV279, 6571838, 9692538 | | | | |
| **Infinity Healthcare Physicians, S.C.** **111 E. Wisconsin Ave., Ste. 2000** **Milwaukee, WI 53202** | | | | | | | |
| **NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | | | | | |
| **IHC-Libertyville Emergency Physician LLC** **PO Box 3261** **Milwaukee, WI 53201-3261** | | | | | | | |
| **Assetcare, Inc.** **5100 Peachtree Industrial Blvd.** **Norcross, GA 30071** | | | | | | | |
| **West Asset Management** **2703 N. Highway 75** **Sherman, TX 75090** | | | | | | | |
| **Professional Recovery Consultants** **2700 Meridian Parkway, Ste. 200** **Durham, NC 27713-2204** | | | | | | | |
| **Professional Recovery Consultants** **2700 Meridian Pkwy.** **Durham, NC 27713-2204** | | | | | | | |
| **Infinity Healthcare** **1251 W. Glen Oaks Lane** **Mequon, WI 53092** | | | | | | | |

Sheet no. _13_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $ **8,869.00**

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                                     Case No. _____
                                            **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **NCO Financial Systems, Inc.** <br> **PO Box 15630** <br> **Wilmington, DE 19850** | | | | | | | |
| ACCOUNT NO.   **See Next Column** | | **H** | | | **X** | | 30,274.29 |
| **Key Bank USA National Association** <br> **PO Box 16430** <br> **Boise, ID 86715-6430** <br><br> **American Recovery Systems, Inc.** <br> **1699 Wall Street Suite 300** <br> **Mt. Prospect, IL 60056-5788** | | | **Home Equity** <br> **005268855,** <br> **3211022187071XXA85,** <br> **3211022187071** | | | | |
| ACCOUNT NO.   **043030680** | | **H** | | | **X** | | 246.30 |
| **Lake County** <br> **Department of Public Works** <br> **650 W. Winchester Road** <br> **Libertyville, IL 60048-1391** | | | **Utilities** | | | | |
| ACCOUNT NO.   **35396, 28375, 24159892** | | **J** | | | **X** | | 270.40 |
| **Lake County Acute Care** <br> **Emergency Physician's Office** <br> **PO Box 3475** <br> **Toledo, OH 43607-0475** <br><br> **Lake County Acute Care, LLP** <br> **75 Remit Drive, #1218** <br> **Chicago, IL 60675-1218** <br><br> **United Collection Bureau, Inc.** <br> **4100 Horizons Drive, Ste. 101** <br> **Columbus, OH 43220** | | | **Medical Services** | | | | |

Sheet no.  14  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **39,658.99**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                                    Case No. _____
                                    **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **204007**<br><br>**Lake County Health Department and Community Health Center 3010 Grand Avenue Waukegan, IL 60085** | | J | **Medical Services** | | X | | **49.00** |
| ACCOUNT NO.   **See Next Column**<br><br>**Lake County Radiology Associates SC 36104 Treasury Center Chicago, IL 60694-6100** | | J | **Medical Services 262*681359.1, 262*687700.1, 262*759945.1, 262*847289.1** | | X | | **189.00** |
| ACCOUNT NO.   **547, 683, 682**<br><br>**Law Offices of Charles E. Rapin 115 Commerce Drive, Suite A Grayslake, IL 60030** | | J | **Legal Services** | | X | | **7,865.40** |
| ACCOUNT NO.   **See Next Column**<br><br>**Litton Loan Servicing 4828 Loop Central Drive Houston, TX 77081**<br><br>**Real Time Resolutions Inc. PO Box 36655 Dallas TX 75235-1655** | | J | **07/01/2005**<br><br>**Foreclosure 2797 E. Mill Byron, IL 61010-9604 00000000018039826, 6518039826, 18039826** | | X | | **62,062.00** |

Sheet no.  15  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **70,165.40**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill**                          Case No. _____

_____
                              **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column**<br><br>**Litton Loan Servicing**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081**<br><br>**Pierce & Associates**<br>**1 North Dearborn**<br>**Chicago, IL 60602**<br><br>**US Bank**<br>**U.S. Bancorp Center**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402**<br><br>**Real Time Resolutions, Inc.**<br>**1750 Regal Row, Ste. 120**<br>**Dallas, TX 75235-2287** |  | J | 07/01/2005<br>**Foreclosure**<br>**2797 E. Mill**<br>**Byron, IL 61010-9604**<br>**00000000018038836,**<br>**651839826** |  | X |  | 252,000.00 |
| ACCOUNT NO.   **18038836**<br><br>**Litton Loan Servicing L.P**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081**<br><br>**Pierce & Associates**<br>**1 N. Dearborn, Suite 1300**<br>**Chicago, IL 60602** |  | J | **Foreclosure**<br>**2797 E. Mill**<br>**Byron, IL 61010-9604** |  | X |  | 8,463.66 |
| ACCOUNT NO.   **16894**<br><br>**Mathers Clinic**<br>**5804 Elaine Drive**<br>**Rockford, IL 61108** |  |  | **Medical Services** |  | X |  | 186.00 |

Sheet no. <u>16</u> of <u>28</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            260,649.66

Total  ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill**
_____
                              **Debtors**

Case No. _____
                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column**<br><br>**Midwest Diagnostic Pathology, SC**<br>**75 Remittance Drive, Ste. 3070**<br>**Chicago, IL 60675-3070** | | J | **Medical Services**<br>**861-1-0004597585,**<br>**861-1-0004599728,**<br>**861-1-0005040118,**<br>**861-1-0005279067,**<br>**861-1-0005040118,**<br>**861-1-0005324066** | | X | | 648.40 |
| ACCOUNT NO.   **156243**<br><br>**Moring Disposal**<br>**PO Box 158**<br>**Forreston, IL 61030**<br><br><br>**Tri-State Adjustments Freeport, Inc.**<br>**PO Box 882**<br>**Freeport, IL 61032-0882** | | | **Utilities** | | X | | 25.20 |
| ACCOUNT NO.<br><br>**Mr. Goodwater Inc.**<br>**1356 Marijon Drive**<br>**Byron, IL 61010** | | J | **Water Softener** | | X | | 236.04 |
| ACCOUNT NO.   **See Next Column**<br><br>**Mundelein Fire Department**<br>**PO Box 457**<br>**Wheeling, IL 60090**<br><br><br>**Certified Services Inc.**<br>**1733 Washington Street, Ste. 201**<br>**Waukegan, IL 60085-5179** | | J | **Medical Services**<br>**09-49411,**<br>**09-49198,**<br>**949198,**<br>**949411,**<br>**09-327354,**<br>**092807** | | X | | 1,487.87 |

Sheet no. _17_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  > $   **2,397.51**

Total  > $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                              Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **09-1495, 10-00315-0**<br><br>**Murphy Ambulance**<br>**PO 6990**<br>**Libertyville, IL 60048-6990**<br><br>**Grabowski Law Center LLC**<br>**1400 E. Lake Cook Road, Ste. 110**<br>**Buffalo Grove, IL 60089-8218** | | J | **Medical Services** | | X | | 1,030.00 |
| ACCOUNT NO.   **OG8104, 8051581**<br><br>**Mutual Management**<br>**401 E. State Street 2nd Floor**<br>**PO Box 4777**<br>**Rockford, IL 61110**<br><br>**Shriver, O'Neill & Thompson**<br>**515 N. Court Street**<br>**Rockford, IL 61103** | | J | **Medical Services** | | X | | 5,095.33 |
| ACCOUNT NO.   **See Next Column**<br><br>**Nicor**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020**<br><br>**Harris & Harris Ltd.**<br>**600 W. Jackson Blvd., Ste. 400**<br>**Chicago, IL 60661**<br><br>**First Revenue Assurance**<br>**PO Box 5818**<br>**Denver, CO 80217** | | | **Utilities**<br>**73-95-32-7566 3**<br>**73-95-32-7532,**<br>**11422335,**<br>**79LKCS** | | X | | 1,068.61 |

Sheet no. _18_ of _28_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  >  $         **7,193.94**

Total  >  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron B. Hill   Monyca Atwood Hill**                          Case No. _____

_____
                    **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **See Next Column** | | J | | | X | | 2,994.58 |
| **North Shore Gas** PO Box A3991 Chicago, IL 60690-3991  **Americollect, Inc.** 1851 S. Alverno Road PO Box 1566 Manitowoc, WI 54221  **Harris & Harris** 222 Merchandise Mart, Ste. 1900 Chicago, IL 60654 | | | **Utilities** 650053110272, 5500051425733, 14689145, 7654085 | | | | |
| ACCOUNT NO.  **See Next Column** | | J | | | X | | 2,715.50 |
| **Northern Illinois Imaging** 1401 E. State Street Rockford, IL 61104  **Mutual Management Services** 401 E. State Street 2nd Floor PO Box 4777 Rockford, IL 61110  **Shriver, O'Neill & Thompson** 515 N. Court Street Rockford, IL 61103 | | | **Medical Services** 9097983, 9411211 25374, 24533, | | | | |
| ACCOUNT NO.  **18695** | | J | | | X | | 1,078.62 |
| **Northshore Ctr for Gastroenterology** 1880 W. Winchester Suite 201 Libertyville, IL 60048 | | | **Medical Services** | | | | |

Sheet no. _19_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **6,788.70**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                                    Case No. _____
                                                              **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | J | **Medical Services** EP381150, 7641548, 7654085, 000007641548-0014447700, 014447700-0000381150 | | X | | 3,379.89 |
| **Northshore University Health System Hospital Billing 23056 Network Place Chicago, IL 60673-1230** **Northshore University Health System Medical Group 9532 Eagle Way Chicago, IL 60678** **Pinnacle Management Services 514 Market Loop, Ste. 103 West Dundee, IL 60118** **Van Ru Credit Corporation 1350 E. Touhy Ave., Ste. 100E Des Plaines, IL 60018-3307** | | | | | | | |
| ACCOUNT NO.    **20775246, 505072** | | J | **Medical Services** | | X | | 73.00 |
| **Northwest Community Hospital 800 W Central Rd Arlington Heights, IL 60005** **Firstsource Financial Solutions, Inc. 7650 Magna Drive Belleville, IL 62223** | | | | | | | |
| ACCOUNT NO.    **7448, 9234** | | J | **Medical Services** | | X | | 986.00 |
| **Orion Anesthesia Associates PC PO Box 991 Park Ridge, IL 60068** **Orion Anethesia Associates 910 Morse Avenue Schaumburg, IL 60193-4502** | | | | | | | |

Sheet no. _20_ of _28_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **4,438.89**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill** _____     Case No. _____

                                                     **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | J | **Medical Services** Z63847, 5574789, Z63846, Z18083 Z18082, 426952, 2244543, 3573787, T84524, T84523, X19066, X19067 | | X | | 949.95 |
| **OSF St. Anthony Medical Center** **5510 E. State Street** **Rockford, IL 61108-2381** **Rockford Mercantile Agency** **2502 S. Alpine Road** **Rockford, IL 61108-7813** | | | | | | | |
| ACCOUNT NO.    **See Next Column** | | | **Windows for 2797 E. Mill Road** 1625944, 0699-778628-1625944, 0699-778628 | | X | | 4,851.48 |
| **Pella Windows** **2016 Hawthorne Dr.** **Rockford, IL 61107** **CCS Collections** **163 SE 2nd** **P.O. Box 713** **Hillsboro, OR 97123-0713** **Tiburon Financial LLC** **218A S. 108th Avenue** **Omaha, NE 68154-2631** **Central Credit Services, Inc.** **PO Box 15118** **Jacksonville, FL 32239-5118** | | | | | | | |

Sheet no.  21  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                          Subtotal ➤ $          **5,801.43**

                                                          Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill** _____    Case No. _____
                                    **Debtors**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6073802856** | | J | | | X | | 12.18 |
| **Quest Diagnostics 1355 Mittel Boulevard Attn: Patient Billing Wood Dale, IL 60191-1024** | | | **Medical Services** | | | | |
| ACCOUNT NO.   **See Next column** | | | | | X | | 259.00 |
| **Rockford Anesthesiologists 2202 Harlem Road Loves Park, IL 61111**<br><br>**Creditors Protections Services 202 W. State Street, Ste. 300 Rockford, IL 61101** | | | **Medical Services 2071830663, 2190760000124643** | | | | |
| ACCOUNT NO.   **See Next Column** | | J | | | X | | 729.60 |
| **Rockford Health Physicians 2300 N. Rockton Avenue Rockford, IL 61103**<br><br>**Creditors Protections Services 206 W. State Street Rockford, IL 61101-1112** | | | **Medical Services 332888A395, 1170760000108197, 3190760000208717, 2071590275, 2072470223** | | | | |
| ACCOUNT NO.   **X67107** | | W | | | X | | 846.75 |
| **Rockford Health Systems 2400 N. Rockton Avenue Rockford, IL 61103**<br><br>**Rockford Mercantile Agency 2502 S. Alpine Road Rockford, IL 61108-7813** | | | **Medical Services** | | | | |

Sheet no.  22  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ⮞ $    **1,847.53**

Total  ⮞ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill   Monyca Atwood Hill**                                    Case No. _____
_____
Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | W | | | X | | 1,734.53 |
| **Sears** **Bankruptcy Recovery Management Services** **PO Box 20363** **Kansas City, MO 64195-0363** **LVNV Funding LLC** **PO Box 10497** **Greenville, SC 29603** **Van Ru Credit Corporation** **8550 Olmerton Road, Ste. 225** **Largo, FL 33771-5351** **Capital Management Services LP** **726 Exchange Street Ste. 700** **Buffalo, NY 14210** | | | **Miscellaneous Purchases** 0176074326610, 26140162, 72549789 | | | | |
| ACCOUNT NO. | | J | | | X | | 980.88 |
| **Shriver, O'Neill & Thompson** **515 N. Court Street** **Rockford, IL 61103** | | | **Collection** | | | | |
| ACCOUNT NO.    **See Next Column** | | W | | | X | | 477.26 |
| **Sprint** **KSOPHT0101-Z4300** **6391 Sprint Parkway** **Overland Park KS 66251-4300** **Debt Recovery Solutions** **900 Merchants Concourse** **Suite 106** **Westbury, NY 11590-5114** | | | **Cellular Services** 117005389, 1170053896033 | | | | |

Sheet no.  23  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                3,192.67

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                              Case No. _____
                                        **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **See Next Column** | | J | | | X | | 3,495.93 |
| **Swedish American Medical Group** **2550 Charles Street** **P.O. Box 1567** **Rockford, IL 61110-0067** **Mutual Management Services** **401 E. State Street 2nd Floor** **PO Box 4777** **Rockford, IL 61110** **Shriver, O'Neill & Thompson** **515 N. Court Street** **Rockford, IL 61103** **R&B Receivables Management** **860 S. Northpoint Blvd.** **Waukegan, IL 60085** **Dennis A. Brebner & Associates** **860 Northpoint Blvd.** **Waukegan, IL 60085-8211** **Swedish American Hospital** **PO Box 4448** **Rockford, IL 61110-0948** | | | **Medical Services** **L044806750,** **G480148,** **L045463924,** **G477918,** **8632069,** **1080951703,** **10398210,** **10403958,** **9893268,** **1080951679,** **1072760499,** **070850112** | | | | |
| ACCOUNT NO.  **06559** | | J | **Medical Services** | | X | | 35.00 |
| **Thomas and Thomas Medical** **1 S. Greenleaf Ste. I** **Gurnee, IL 60031** **Certified Services Inc.** **1733 Washington Street, Ste. 201** **Waukegan, IL 60085-5179** | | | | | | | |

Sheet no.  24  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                 **3,530.93**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                     Case No. _____

_____
                     **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | W | | | X | | 3,672.64 |
| **U.S. Department of Education** **PO Box 4222** **Iowa City, IA 52244-4333** **Direct Loans** **PO Box 5609** **Greenvillle, TX 75403-5609** **Pioneer Credit Recovery Inc.** **PO Box 99** **Arcade, NY 14009** **Windham Professionals** **PO Box 400** **East Aurora, NY 14052** | | | **Student Loans** **32005050044648010,** **32005050044649020,** **327708XXXX,** **D200505004464902,** **594-482976-594** | | | | |
| ACCOUNT NO.   **02-102000088, 44207300001-1** | | J | | | X | | 268.29 |
| **United Hospital System** **6308 Eigth Avenue** **Kenosha, WI 53143-5082** **R&B Solutions** **860 Northpoint Blvd.** **Waukegan, IL 60085-8211** | | | **Medical Services** | | | | |

Sheet no. __25__ of __28__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            3,940.93

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**                                    Case No. _____
                                                      **Debtors**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | H | | | X | | 160.58 |
| **Verizon North** **PO Box 9688** **Mission Hills, CA 91346-9688** **I.C. System, Inc.** **444 Highway 96 East** **PO Box 64378** **St. Paul, MN 55164-0378** **The CBE Group, Inc.** **131 Tower Park Drive, Ste. 100** **Waterloo, IA 50701** **Allied Interstate** **3000 Corporate Exchange Dr, 5th Floor** **Columbus, OH 43231** | | | **Utilities** **8152342832050701-B,** **01-011323269,** **815234832050701-N-5483,** **81523428325050701,** **15330901,** **X7940506-VP-ST510-999,** **12 3219 2709359197 09,** **270935XXXXX** | | | | |
| ACCOUNT NO.    **See Next Column** | | H | | | X | | 741.83 |
| **Verizon Wireless** **777 Big Timber Road** **Elgin, IL 60123** **ER Solutions, Inc.** **800 SW 39th Street** **PO Box 9004** **Renton, WA 98057** **Verizon Wireless** **26935 Northwestern Hwy, Ste. 100-CFS** **Southfield, MI 48033** **Verizon Wireless** **PO Box 26055** **Minneapolis, MN 55426** | | | **Cellular Services** **0980509380-00001,** **B-16267817,** **9805093800XXXX** | | | | |

Sheet no. _26_ of _28_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                    **902.41**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron B. Hill    Monyca Atwood Hill**                                    Case No. _____
                                        **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **01-1374-07**<br><br>**Village of Mundelein**<br>**440 East Hawley Street**<br>**Mundelein, IL 60060**<br><br><br>**Certified Services, Inc.**<br>**1733 Washington Street, Ste. 201**<br>**PO Box 177**<br>**Waukegan, IL 60079-0177** | | J | **Utilities** | | X | | **411.80** |
| ACCOUNT NO.  **AH37**<br><br>**Vivek Thappa M.D.**<br>**PO Box 5023**<br>**Rockford, IL 61125-0023** | | J | **Medical Services** | | X | | **298.80** |
| ACCOUNT NO.  **See Next Column**<br><br>**Wells Fargo Auto Finance**<br>**PO Box 29704**<br>**Phoenix, AZ 85038-9704**<br><br><br>**Wells Fargo Financial**<br>**1 International Plaza**<br>**Philadelphia, PA 19113-1510**<br><br>**Kenneth B. Drost PC**<br>**111 Lions Drive, Ste. 206**<br>**Barrington, IL 60010** | | J | **10/01/2005**<br><br>**Repossessed**<br>**2003 Ford Expedition (109,000 miles)**<br>**502-3759279843-9001,**<br>**814969,**<br>**0421208** | | X | | **10,556.00** |

Sheet no.  27 of 28 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ＞  $                  **11,266.60**

Total  ＞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron B. Hill   Monyca Atwood Hill**          Case No. _____

_____
                    **Debtors**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **280005XXXX** | | H | | | X | | 6,468.00 |
| **Wells Fargo Finance National Bank** PO Box 94498 Las Vegas, NV 89193 | | | Miscellaneous Purchases | | | | |
| ACCOUNT NO.   **HILAA000** | | J | | | X | | 106.00 |
| **William A. Martinez MD SC** 1870 W. Winchester Road, Ste. 145 Libertyville, IL 60048 | | | Medical Services | | | | |
| ACCOUNT NO.   **See Next Column** | | J | | | X | | 3,446.00 |
| **Willow Oak Pediatrics** 1900 Hollister Drive, Suite 330 Libertyville, IL 60048 **Med-Health Financial Services, Inc.** 10200 W. Innovation Drive, #100 PO Box 1996 Milwaukee, WI 53201-1996 | | | Medical Services 3225, 82666, 80357, 81209, 1497188-9, 0714, 3868, 3867, 0660, 1539516-9 | | | | |
| ACCOUNT NO.   **00201683284** | | H | | X | X | | 49.95 |
| **Wyndham Vacation Resorts** PO Box 98940 Las Vegas, NV 89193-8940 **Fair Share Plus** 5250 Coconut Creek Parkway Margate, FL 33063 | | | Membership | | | | |

Sheet no.  28  of  28  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $               **10,069.95**

Total  >  $             **505,071.30**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: __Aaron B. Hill___Monyca Atwood Hill_____,          Case No. _____
                                          **Debtors**                                                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   ☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Wyndham Vacation Resorts**<br>**PO Box 98940**<br>**Las Vegas, NV 89193-8940**<br><br><br>**Fair Share Plus**<br>**5250 Coconut Creek Parkway**<br>**Margate, FL 33063** | **Time Share Membership** |

**B6H (Official Form 6H) (12/07)**

In re: **Aaron B. Hill    Monyca Atwood Hill** _____.        Case No. _____
                                                    **Debtors**                                              **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Aaron B. Hill Monyca Atwood Hill**                    Case No. _____

                                   **Debtors**                                (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Daughter** | **10** |
| | **Daughter** | **8** |
| | **Son** | **6** |
| | **Daughter** | **6** |
| | **Son** | **4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales Director** | **Homemaker** |
| Name of Employer | **LeChat** | |
| How long employed | **2 years** | |
| Address of Employer | **228 Linus Pauling Drive Hercules, CA 94547-1823** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 5,769.24 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 5,769.24 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 985.40 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 985.40 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,783.84 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ | 0.00 |

**B6I (Official Form 6I) (12/07) - Cont.**

**In re**    **Aaron B. Hill Monyca Atwood Hill**                          **Case No.** _____

                                    **Debtors**                                    **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ _____0.00_ | $ _____0.00_ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ _____4,783.84_ | $ _____0.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$ 4,783.84** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Aaron B. Hill Monyca Atwood Hill**                                      ,     Case No. _____

                                            **Debtors**                                                    **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
| a. Are real estate taxes included?   Yes _____   No ✓ | | |
| b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other **Cellular Service** | $ | 115.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 360.00 |
| d. Auto | $ | 130.00 |
| e. Other **Property** | $ | 8.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 250.00 |
| b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Counseling** | $ | 120.00 |
| **Prescriptions** | $ | 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,783.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,783.84 |
| b. Average monthly expenses from Line 18 above | $ | 3,783.00 |
| c. Monthly net income (a. minus b.) | $ | 1,000.84 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Western Division

In re  **Aaron B. Hill    Monyca Atwood Hill** _____    Case No. _____

Debtors    Chapter    **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 7,289.70 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 14,429.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 21,718.70 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 4,783.84 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,783.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 6,217.96 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Western Division**

In re  **Aaron B. Hill   Monyca Atwood Hill**                    Case No. _____

_____                    Chapter   __7_____
                                    Debtors

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $      0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $      7,289.70 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $      0.00 |
| 4. Total from Schedule F | | $      505,071.30 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $      505,071.30 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois
## Western Division

In re **Aaron B. Hill   Monyca Atwood Hill**_____,   Case No. _____

Debtors

Chapter   **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 2 | $     28,546.28 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $      7,289.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 29 | | $    505,071.30 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $     4,783.84 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $     3,783.00 |
| TOTAL | | 41 | $     28,546.28 | $    512,361.00 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Aaron B. Hill    Monyca Atwood Hill**

Case No. _____

**Debtors**

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**43**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **10/19/2010** _____          Signature: **s/ Aaron B. Hill** _____

**Aaron B. Hill**

Debtor

Date: **10/19/2010** _____          Signature: **s/ Monyca Atwood Hill** _____

**Monyca Atwood Hill**

(Joint Debtor, if any)

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Western Division

In re:  **Aaron B. Hill   Monyca Atwood Hill**                                              ,         Case No. _____

                                                          Debtors                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 17,500.00 | **Husband's Wages**<br>**Mega Creation Inc.**<br>**Le Chat**<br>**228 Linus Pauling Drive**<br>**Hercules, CA 94547-1823** | **2008** |
| 62,846.19 | **Husband's Wages**<br>**Mega Creation Inc.**<br>**Le Chat**<br>**228 Linus Pauling Drive**<br>**Hercules, CA 94547-1823** | **2009** |
| 24,423.10 | **Husband's Wages**<br>**Mega Creation Inc.**<br>**Le Chat**<br>**228 Linus Pauling Drive**<br>**Hercules, CA 94547-1823** | **2010 YTD** |

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

2

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
☐      services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
       the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
       (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
       repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
       under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
       unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Holly Atwood** | **10/2010** | **750.00** | **6,246.35** |
| **236 Dalton Avenue** | **9/2010** | | |
| **Mundelein, IL 60060** | **8/2010** | | |

None   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90**
☑      **days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
       affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
       were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
       a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
       13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of adjustment.*

None   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☐      benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
       by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Holly Atwood** | **9/2009-10/2010** | **3,000.00** | **6,246.35** |
| **236 Dalton Avenue** | | | |
| **Mundelein, IL 60060** | | | |
| **    Mother** | | | |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐      the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
       not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank National Association** vs. **Aaron Hill, Monyca Hill, etc. 08CH41** | **Foreclosure** | **Ogle County Courthouse 106 S. Fifth Street, Suite 300 Oregon, IL 61061** | **Sale Confirmed, Case Closed** |
| **Mutual Management Services, Inc.** vs. **Aaron and Monyca Hill 08SC1979** | **Collection** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑      foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
       debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
       or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
       include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

## 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **A 123 Credit Counselors Inc.** **703 Waterford Way, Ste. 220** **Miami, FL  33126** | **12/9/09** | **$45.00 Prefiling Credit Counseling** |
| **Cricket Debt Counseling** **10121 SE Sunnyside Rd.** **Clackamas, OR  97015** | **10/6/10** | **$36.00 Prefiling Credit Counseling** |

## 10.  Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America Mundelein, IL** | **Checking Acct.** | **$0.00 11/2009** |

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 673 Countryside Hwy.<br>Mundelein, IL 60060 | Aaron and Monyca Hill | 7/08-10/08 |
| 236 Dalton Avenue<br>Mundelein, IL 60060 | Aaron and Monyca Hill | 12/08-7/10 |
| 17637 W. Julie Lane<br>Gurnee, IL 60037 | Aaron and Monyca Hill | 10/08-12/08 |
| 2797 E. Mill Road<br>Byron, IL 61010 | Aaron and Monyca Hill | 7/05-7/08 |

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND<br>ADDRESS | NAME  AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **10/19/2010**                          Signature      **s/ Aaron B. Hill**
                                              of Debtor      **Aaron B. Hill**


Date  **10/19/2010**                          Signature      **s/ Monyca Atwood Hill**
                                              of Joint Debtor  **Monyca Atwood Hill**
                                              (if any)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Western Division

In re _____**Aaron B. Hill    Monyca Atwood Hill**_____,    Case No. _____
Debtors    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**None** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered
- ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Wyndham Vacation Resorts** | **Describe Leased Property:**<br>**Time Share Membership** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☑ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **10/19/2010** _____

**s/ Aaron B. Hill** _____
**Aaron B. Hill**
Signature of Debtor

**s/ Monyca Atwood Hill** _____
**Monyca Atwood Hill**
Signature of Joint Debtor (if any)

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Western Division

In re:  **Aaron B. Hill**                    **Monyca Atwood Hill**

                                                    Case No. _____

                        Debtors                    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **976.00** |
| Prior to the filing of this statement I have received | $ | **976.00** |
| Balance Due | $ | **0.00** |

2.  The source of compensation paid to me was:

    ☒  Debtor                    ☐  Other (specify)

3.  The source of compensation to be paid to me is:

    ☐  Debtor                    ☐  Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
        of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
        my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
        attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
          a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    [Other provisions as needed]
          **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **10/19/2010**

                              **s/ Henry Repay**
                              **Henry Repay, Bar No.  06199079**

                              **Law Offices of Henry Repay**
                              Attorney for Debtor(s)

---